Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*King Spider LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC, *Plaintiff* v. GUANGZHOU MAIYUAN ELECTRONIC COMMERCE CO., LTD. d/b/a APPROVED-CLOTHING.COM d/b/a KINGSPIDERSHOP.COM/ d/b/a SP5DER.CO/ d/b/a SP5DER.CA d/b/a SP5DER.SHOP/ d/b/a SP5DERHOODIE.CO d/b/a SP5DERHOODIE.COM/ d/b/a SP5DERHOODIE.NET/ d/b/a SPIDERAPPAREL.NET/ d/b/a SPIDERAPPAREL.SHOP d/b/a SPIDERWORLDWIDE.CLOTHING/ d/b/a SPIDERWORLDWIDE.NET/ d/b/a SPIDERWORLDWIDE.US/; PUTIAN YOUCHENG E-COMMERCE CO., LTD. d/b/a APPROVED-CLOTHING.COM d/b/a KINGSPIDERSHOP.COM/ d/b/a SP5DER.CO/ d/b/a SP5DER.CA d/b/a SP5DER.SHOP/ d/b/a SP5DERHOODIE.CO d/b/a SP5DERHOODIE.COM/ d/b/a SP5DERHOODIE.NET/ d/b/a SPIDERAPPAREL.NET/ d/b/a SPIDERAPPAREL.SHOP d/b/a SPIDERWORLDWIDE.CLOTHING/ d/b/a SPIDERWORLDWIDE.NET/ d/b/a | 23-cv-4424 (GHW) **UNSEALING ORDER** |

2

SPIDERWORLDWIDE.US/; APPROVED-CLOTHING.COM; KINGSPIDERSHOP.COM/; SP5DER.CO/; SP5DER.CA; SP5DER.SHOP/; SP5DERHOODIE.CO; SP5DERHOODIE.COM/; SP5DERHOODIE.NET/; SPIDERAPPAREL.NET/; SPIDERAPPAREL.SHOP; SPIDERWORLDWIDE.CLOTHING/; SPIDERWORLDWIDE.NET/; and SPIDERWORLDWIDE.US/,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 27th day of June, 2023
New York, New York

                                             HON. GREGORY H. WOODS
                                             UNITED STATES DISTRICT JUDGE