USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023



**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

## MEMORANDUM ENDORSED

November 3, 2023

<u>VIA E-MAIL</u>
Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    *King Spider LLC v. Guangzhou Maiyuan Electronic Commerce Co., Ltd., et al.*
              Case No. 23-cv-4424 (GHW)
              <u>Request to Adjourn Initial Pretrial Conference and for Extension of Time to File Joint Case Management Plan</u>

Dear Judge Woods,

      We represent King Spider LLC ("Plaintiff"), in the above-referenced matter (the "Action").[1] On September 13, 2023, the Court entered an Order directing the parties to file a joint letter and proposed case management plan by November 7, 2023 and scheduling an initial pretrial conference for November 14, 2023 at 2:00 p.m. (Dkt. 22). For the reasons set forth herein, Plaintiff respectfully requests that the Court adjourn the initial pretrial conference and deadline for the parties to file the joint letter and proposed case management plan. In accordance with Your Honor's Individual Rules of Practice, Plaintiff submits the following:

1. <u>Original due date:</u> Currently, the deadline to file the parties' joint letter and proposed case management plan is November 7, 2023 and the initial pretrial conference is currently scheduled for November 14, 2023.
2. <u>The number of previous requests for adjournment or extension of time:</u> None, this is the first request for an adjournment of the initial pretrial conference and deadline to file a joint letter and proposed case management plan.
3. <u>The reason for the current request:</u> Plaintiff respectfully requests an adjournment because Defendant sp5derhoodie.com's agent, Harbin Zhuhai Gongchuang Technology Co. Ltd, has appeared in two similar cases filed by Plaintiff's counsel, *Moonbug Entertainment Limited, et al. v. www.blippimerch.com et al.*, Case No. 23-cv-1384 (JHR)

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Gregory H. Woods
November 3, 2023
Page 2

(S.D.N.Y. Feb. 17, 2023) ("*Moonbug*") and *Kelly Toys Holdings LLC v. www.axolotlsquishmallow.com, et al.*, Case No. 23-cv-1382 (AKH) (S.D.N.Y. Feb. 17, 2023) ("*Kelly Toys*"). *Kelly Toys* was recently referred to Magistrate Judge Katharine H. Parker for settlement negotiations (Dkt. 59) and Judge Parker scheduled a settlement conference January 22, 2024 in an effort to resolve the claims against Defendant in the *Kelly Toys* action, *Moonbug* action and the instant Action. (Dkt. 64). Accordingly, the Plaintiff and Defendant sp5derhoodie.com believe it would be prudent to conserve litigation costs along with judicial resources as we are hopeful we can reach an amicable resolution at the January 22, 2024 settlement conference.

4. **Whether the adversary consents**: Defendant sp5derhoodie.com consents to Plaintiff's request, and at this time, because no other Defendant has appeared in this action, Plaintiff did not seek the consent of any other Defendant.

5. **Proposed alternative dates:** Plaintiff respectfully requests that the deadline to submit the joint letter and proposed case management plan, as well as the date of the initial pretrial conference, be adjourned until a date and time that is most convenient for the Court after the January 22, 2024 settlement conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*King Spider LLC*

Application granted. Plaintiff's November 3, 2023 request to adjourn the initial pretrial conference, Dkt. No. 25, is granted. The initial pretrial conference scheduled for November 14, 2023 is adjourned to February 13, 2024 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 13, 2023 order are due no later than February 6, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated: November 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge