UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> GUANGZHOU MAIYUAN ELECTRONIC COMMERCE CO., LTD., <br><br> Defendant(s). | 23 Civ. 4424 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Provided, the conference scheduled for February 13, 2024, is **ADJOURNED** to **February 14, 2024, at 11:00 A.M. EST.** The parties shall join the conference by dialing (646) 453 – 4442 and entering the Conference ID: 149 346 617, followed by the pound sign (#). The parties shall file the joint status letter and proposed case management plan, available at the Court's website, by **February 7, 2024.**

Dated: December 11, 2023
       New York, New York

                                                              DALE E. HO
                                                  United States District Judge