UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC,<br><br>                                   Plaintiff,<br><br>                     v.<br><br>GUANGZHOU MAIYUAN ELECTRONIC COMMERCE CO., LTD., et al.,<br><br>                                   Defendants. | 23 Civ. 4424 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued June 27, 2023, authorized alternate service under Federal Rule of Civil Procedure 4(f)(3) on Defendants.  *See* Dkt. No. 16.  An order issued December 11, 2023, adjourned an initial pretrial conference in this matter for February 14, 2024, and required the parties to file a joint status letter and proposed case management plan by January 24, 2024.  *See* Dkt. No. 27.  No such materials were filed.  Defendant Harbin Zuhai Gongchuang Technology Co. Ltd., d/b/a www.sp5derhoodie.com, appeared on July 31, 2023.  *See* Dkt. No. 19.  Plaintiff filed a stipulated voluntary dismissal of its claims against this Defendant on January 22, 2024, which was so ordered on January 23, 2024.  *See* Dkt. Nos. 29, 30.  Plaintiff filed a second stipulated voluntary dismissal as to this Defendant on February 6, 2024.  *See* Dkt. No. 31.  No other Defendants have appeared.

  It is hereby **ORDERED** that, if Plaintiff has been in contact with Defendants, the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **February 10, 2024.**  Alternatively, Plaintiff shall file a letter on ECF by **February 10, 2024,** describing its efforts to serve and provide actual notice of this lawsuit to

Defendants.  Such letter may seek an adjournment of the initial pretrial conference for a period not to exceed 30 days.

    SO ORDERED.

Dated: February 8, 2024
      New York, New York

                                      DALE E. HO
                             United States District Judge