UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC,<br><br>         Plaintiff,<br><br>      v.<br><br>GUANGZHOU MAIYUAN ELECTRONIC COMMERCE CO., LTD., et al.,<br><br>         Defendants. | 23 Civ. 4424 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued June 27, 2023, authorized alternate service under Federal Rule of Civil Procedure 4(f)(3) on Defendants.  *See* ECF No. 16.  Defendant Harbin Zuhai Gongchuang Technology Co. Ltd., d/b/a www.sp5derhoodie.com, appeared on July 31, 2023, and has been dismissed from this action.  *See* ECF Nos. 19, 29, 30.  No other Defendants have appeared.  On April 5, 2024, Plaintiff moved for a default judgment as to the remaining Defendants.  *See* ECF No. 39.  On April 9, 2024, Plaintiff filed proof of service to the remaining Defendants, noting that it was unable to serve certain Defendants via email.  *See* ECF No. 43.

  It is hereby **ORDERED** that the conference previously scheduled for April 17, 2024, is **ADJOURNED** to **May 1, 2024, at 3:00 P.M. EST.**  The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 149 346 617, followed by the pound sign (#).  This conference will serve as a hearing on Plaintiff's motion for a default judgment, or, if Defendants appear, an initial pretrial conference.

  It is further **ORDERED** that Defendants shall file any opposition to Plaintiff's motion for a default judgment by **April 19, 2024.**  If such opposition is filed, any reply will be filed by

**April 26, 2024.** Plaintiff shall serve this order on the defaulting Defendants by the alternative means previously authorized and file proof of service by **April 12, 2024.**

    SO ORDERED.

Dated: April 10, 2024
       New York, New York

_____
DALE E. HO
United States District Judge
