UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC, <br><br>                Plaintiff, <br><br>        v. <br><br>GUANGZHOU MAIYUAN ELECTRONIC CORP., <br><br>                Defendant. | 23 Civ. 4424 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

    On July 2, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for July 10, 2024.  *See* ECF. No. 61.  No significant issues are presented in the parties' materials.

    It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan will issue separately.

    SO ORDERED.

Dated: July 3, 2024
       New York, New York

 

                                                DALE E. HO
                                          United States District Judge