UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC, <br><br>                           Plaintiff, <br><br>             v. <br><br>GUANGZHOU MAIYUAN ELECTRONIC COMMERCE CO., LTD., et al., <br><br>                           Defendants. | 23-CV-4424 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

The Court having been advised that all claims asserted herein have been settled in principle, it is **ORDERED** that all deadlines are **STAYED** *sine die*. The parties shall update the Court by **October 5, 2024**, as to whether settlement has been consummated.

Any pending motions are moot. All conferences are canceled. This case is stayed.

SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                                    DALE E. HO
                                                    United States District Judge