UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| King Spider LLC, <br><br> Plaintiff, <br><br> v. <br><br> Guangzhou Maiyuan Electronic Commerce Co., Ltd. et al, <br><br> Defendants. | 23-CV-4424 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

    Pursuant to the Court's November 4, 2024, Order, ECF No. 81, Plaintiff was required to file a letter with the court, the contents of which are described therein, by November 11, 2024. To date, Plaintiff has not filed the requisite letter. That deadline is hereby EXTENDED, *nunc pro tunc*, to November 21, 2024. Plaintiff is advised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                          DALE E. HO
                                              United States District Judge